**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Lindsey Young,

        Plaintiff,

v.

Commissioner of Social Security Administration,

        Defendant.

No. CV-25-00342-TUC-JGZ

**ORDER**

On June 22, 2026, Magistrate Judge James E. Marner issued a Report and Recommendation ("R&R") in which he recommended the Court reverse the Administrative Law Judge's decision and remand the matter to the Commissioner for further administrative proceedings. (Doc. 23.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. No objections have been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo if *objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

The Court has reviewed Judge Marner's R&R, the parties' briefs, and the record.

The Court finds the R&R well-reasoned and agrees with Judge Marner's conclusion that the Commissioner's decision should be reversed and remanded to the Commissioner for further proceedings.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 23) is **accepted and adopted in full.**

**IT IS FURTHER ORDERED** the Administrative Law Judge's decision is **reversed** and **remanded** to the Commissioner for further administrative proceedings consistent with this Order and Judge Marner's Report & Recommendation. (*See* Doc. 23 at 8–18.)

**IT IS FURTHER ORDERED** the Clerk of Court shall docket this Order and close this action.

Dated this 13th day of July, 2026.

_____
Jennifer G. Zipps
Chief United States District Judge